IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV36-RJC-DSC

| | |
|---|---|
| BENJAMIN TATE, )<br> )<br>    Plaintiffs, )<br>    v. )<br> )<br>NC PEPSI-COLA BOTTLING COMPANY OF )<br>CHARLOTTE, INC., )<br> )<br>    Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Leah Miriam Moore]" (document #6) filed June 25, 2009. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: June 28, 2009

David S. Cayer
United States Magistrate Judge