IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-36-RJC-DSC

| | |
|---|---|
| BENJAMIN TATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NC PEPSI-COLA BOTTLING COMPANY | ) |
| OF CHARLOTTE, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes.

**IT IS ORDERED** that the ADR deadline is revised to **June 10, 2010**.

**IT IS FURTHER ORDERED** that the parties will appear for a judicial settlement conference on June 10, 2010, at 9:30 a.m. at the Federal Courthouse, 401 W. Trade Street, Courtroom #3, Charlotte, North Carolina.

**SO ORDERED**.

Signed: March 24, 2010

David C. Keesler
United States Magistrate Judge