IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:09-CV-36-RJC-DSC

| | |
|---|---|
| BENJAMIN TATE, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> NC PEPSI-COLA BOTTLING ) <br> COMPANY OF CHARLOTTE, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____) | ORDER |

**THIS MATTER** is before the Court on Defendant's "Consent Motion to File and Retain Documents Under Seal" (document #23) filed July 14, 2010. Defendant seeks to seal its "Memorandum in Support of Motion for Summary Judgment" (document 22) and all attachments thereto. For the reasons set forth therein, the Motion will be **GRANTED**.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Clerk of Court shall place the subject Motion and the Defendant's "Memorandum in Support of Motion for Summary Judgment" (document 22) and all attachments thereto **UNDER SEAL** pending further orders of the Court.

**SO ORDERED**.

Signed: July 15, 2010

_____
David S. Cayer
United States Magistrate Judge