IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:09-CV-36-RJC-DSC

| | |
|---|---|
| BENJAMIN TATE, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>NC PEPSI-COLA BOTTLING )<br>COMPANY OF CHARLOTTE, INC., )<br>)<br>Defendant. )<br>)<br>_____) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's "Consent Motion to File and Retain Plaintiff's Response to Defendant's Motion for Summary Judgment Under Seal" (document 31) filed August 19, 2010. For the reasons set forth therein, the Motion will be **GRANTED**.

**IT IS HEREBY ORDERED** that "Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment" (document #32) filed August 19, 2010 shall be **SEALED** pending further Orders of the Court.

**SO ORDERED**.

Signed: August 20, 2010

David S. Cayer
United States Magistrate Judge