IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:09-CV-36-RJC-DSC

| | |
|---|---|
| BENJAMIN TATE, ) ) Plaintiff, ) ) vs. ) ) NC PEPSI-COLA BOTTLING ) COMPANY OF CHARLOTTE, INC., ) ) Defendant. ) ) _____) | ORDER |

**THIS MATTER** is before the Court on Defendant's "Consent Motion to File and Retain Documents Under Seal" (document #37). For the reasons set forth therein, the Motion will be **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant's "Reply Brief in Further Support of Defendant's Motion for Summary Judgment" (document #36) shall be **SEALED** pending further orders of the Court.

**SO ORDERED**.

Signed: September 8, 2010

David S. Cayer
United States Magistrate Judge