# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Benjamin Tate,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                     3:09-cv-36

NC Pepsi-Cola Bottling Company of Charlotte, Inc.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 29, 2011 Order.

Signed: August 29, 2011

Frank G. Johns, Clerk
United States District Court